AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Align Communications, Inc. *Plaintiff(s)* | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 16-cv-6193 |
| Aligned Energy, LLC, Aligned Data Centers, LLC, and Inertech, LLC *Defendant(s)* | ) ) ) ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Aligned Energy, LLC
　　　　　　　　　　　　　　　　　　　　60 Backus Avenue
　　　　　　　　　　　　　　　　　　　　Danbury, CT 06810

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Jeffrey M. Rollings
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lackenbach Siegel LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One Chase Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lackenbach Siegel Bldg., Penthouse Fl.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Scarsdale, NY 10583

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*